Michael W. Melendez (Nevada Bar No. 6741)
michael.melendez@kennedyslaw.com
KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105
Tel:　　(415) 323-4491
Fax:　　(415) 323-4445

Attorney for Defendant
EMPIRE FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LASHELL JOHNSON, an individual, and LINDA HICKS, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation, erroneously sued herein as "Zurich Empire Fire and Marine Insurance Company"; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-00502-GMN-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL

Michael W. Melendez ("Counsel"), Counsel for Defendant EMPIRE FIRE AND MARINE INSURANCE COMPANY ("Defendant"), pursuant to Local Rule IA 11-6(b), moves this court for an order granting his motion to withdraw as Counsel of record in above-referenced matter.

Attorney Jan K. Tomasik of Cozen O'Conner remains as attorney of record for the above-named Defendants.

This motion will be served upon Defendant's counsel and Plaintiffs' counsel as follows:

Jan K. Tomasik, Cozen O'Connor, 500 North Rainbow Blvd., Suite 300, Las Vegas, NV 89107, email: jtomasik@cozen.com.

1

Paul D. Powell, The Paul Powell Law Firm, 8918 Spanish Ridge Avenue, Suite 100, Las Vegas, NV 89148, email: paul@tplf.com.

Traysen N. Turner, The Paul Powell Law Firm, 8918 Spanish Ridge Avenue, Suite 100, Las Vegas, NV 89148, email: tturner@tplf.com.

Dated: June 28, 2023

KENNEDYS CMK LLP

By: _____
Michael W. Melendez

Attorney for Defendant
EMPIRE FIRE AND MARINE INSURANCE COMPANY.

Michael W. Melendez (Nevada Bar No. 6741)
michael.melendez@kennedyslaw.com
KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105
Tel:    (415) 323-4491
Fax:    (415) 323-4445

Attorney for Defendant
EMPIRE FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LASHELL JOHNSON, an individual, and LINDA HICKS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation, erroneously sued herein as "Zurich Empire Fire and Marine Insurance Company"; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00502-GMN-BNW<br><br>[PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The Court GRANTS Michael W. Melendez's motion to withdraw as attorney for Defendant Empire Fire and Marine Insurance Company.

IT IS SO ORDERED.

Dated: June 29, 2023

_____
United States Magistrate Judge