Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LASHELL JOHNSON, an individual, and LINDA HICKS, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>ZURICH EMPIRE FIRE AND MARINE INSURANCE, a foreign corporation,<br><br>         Defendant. | Case No. 2:23-cv-00502-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

The parties stipulate that the deadline to respond to defendant's motion to dismiss is continued from January 24, 2024 to February 14, 2024.

**IT IS SO STIPULATED.**

Dated January 24, 2024.                                            Dated January 24, 2024.

**THE POWELL LAW FIRM**                                  **COZEN O'CONNOR**

By: /s/ Tom W. Stewart                                              By: /s/ Kimberly A. Nelson
Paul D. Powell (7488)                                                Jan K. Tomasik (15104)
Tom W. Stewart (14280)                                            Kimberly A. Nelson (15295)
Attorneys for Plaintiffs                                              Attorneys for Defendant

**ORDER**

**IT IS ORDERED** that the response deadline is moved from January 24, 2024 and February 14, 2024.

Dated this   26   day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

- 1 -